UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYSON N. WATSON,

    Plaintiff,

v.     Case No.:  3:12cv365/MCR/EMT

LIEUTENANT EDELEN, et al.,

    Defendants.

_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 18, 2014.  (Doc. 166).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The motion for summary judgment filed by Defendants (doc. 124) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a.    Defendants' motion for summary judgment (doc. 124) is **DENIED** as to Plaintiff's Eighth Amendment claims against Defendants Edelen and Johnson regarding the use of force (*i.e.*, slamming Watson onto the concrete face first, striking his head, nose, back, and feet, and twisting his wrists and fingers) on March 1, 2012;

    b.    Defendants' motion for summary judgment (doc. 124) is **DENIED** as to Plaintiff's Eighth Amendment claim of excessive force against Defendants Edelen and Rogers regarding the use of force (*i.e.*, three applications of chemical agents) on March 4, 2012;

   c. Defendants' motion for summary judgment is **DENIED** as to Plaintiff's claims for compensatory and punitive damages related to the uses of force of March 1 and 4, 2012;

   d. Defendants' motion for summary judgment is **GRANTED** as to Plaintiff's remaining claims; and

   e. Defendant Hawkins is **DISMISSED** from this action.

  **DONE AND ORDERED** this 5th day of January, 2015.


         *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**